Form a0nmdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

In Re: Alicia Taquilla Stokes

Debtor(s)

Case No.: 1:10−bk−17990

Chapter: 7

Judge: Burton Perlman

## NOTICE OF MOTION TO DISMISS

NOTICE IS HEREBY GIVEN that the Office of the United States Trustee ("U.S. Trustee") has filed a motion for an order dismissing the above entitled case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion/objection, then on or **before twenty−one (21) days from the date set forth in the certificate of service for the motion/objection,** you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk of the Court at the United States Bankruptcy Court, 221 E. Fourth Street, Atrium Two Suite 800, Cincinnati, Ohio 45202, OR your attorney must file a response using the court's ECF System.

The court must receive your response on or before the date above. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to the United States Trustee Office, 36 East Seventh Street, Suite 2030, Cincinnati, OH 45202.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting the relief without further notice or hearing.

If you would like a copy of the underlying Motion to Dismiss, please request such in writing to the United States Trustee, at 36 East Seventh Street, Suite 2030, Cincinnati, OH 45202 or by telephone at: (513)684−6988.

Pursuant to Fed. R. Bankr. P. 4004(c), the discharge of the Debtor is stayed pending the conclusion of this Motion.

Dated: February 10, 2011

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court